U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

WILLIE M. PATRICK

v.

BARRON HOOPER and WALLY KOBYLANSKI

Case Number:

FILED: JUNE 11, 2008
08CV3380
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
AEE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARRON HOOPER

| | |
|---|---|
| NAME (Type or print) <br> Phillip H. Snelling | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| FIRM <br> Johnson Jones Snelling Gilbert & Davis, P.C. | |
| STREET ADDRESS <br> 36 S. Wabash, Suite 1310 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3121659 | TELEPHONE NUMBER <br> (312) 578-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |