## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>WILLIE M. PATRICK<br><br>v.<br><br>BARRON HOOPER and WALLY KOBYLANSKI | Case Number:<br>**FILED: JUNE 11, 2008**<br>**08CV3380**<br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE DENLOW**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARRON HOOPER

| |
|---|
| NAME (Type or print)<br>Jeffrey B. Gilbert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* |
| FIRM<br>Johnson Jones Snelling Gilbert & Davis, P.C. |
| STREET ADDRESS<br>36 S. Wabash, Suite 1310 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0953903 | TELEPHONE NUMBER<br>(312) 578-8100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |