IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE M. PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08 C 3380 |
| vs. ) | |
| ) | Judge Lefko |
| BARRON HOOPER and WALLY KOBYLANSKI, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Willie M. Patrick
      2933 Sussex Ave.
      Markham, IL 60428

    PLEASE TAKE NOTICE that on August 28, 2008 at 9:30 a.m. I shall appear before the Honorable Judge Lefko in the courtroom usually occupied by her at the United States District Courthouse at 219 S. Dearborn, Chicago, IL and then and there present Defendant Hooper's Motion to Dismiss.

                              __/s/ Phillip H. Snelling_____
                                Attorney for Defendant Hooper

Jeffrey B. Gilbert
Phillip H. Snelling
JOHNSON JONES SNELLING GILBERT & DAVIS, P.C.
36 South Wabash, Suite 1310
Chicago, IL 60603
(312) 578-8100

## CERTIFICATE OF SERVICE

    Phillip H. Snelling, an attorney, hereby certifies that copies of the aforementioned Motion was served upon the party(ies) listed above, by United States Mail, first class postage, on August 1, 2008.

                              _/s/ Phillip H. Snelling_____