# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3380 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Patrick vs. Hooper, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/25/2008 at 9:30 a.m.  Plaintiff shall file an amended complaint properly naming the employer and union as instructed in court.  Defendant's motion to dismiss [7] denied as moot.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-03380   Document 9   Filed 08/28/2008   Page 1 of 1

08C3380 Patrick vs. Hooper, et al.                                                                                                    Page 1 of  1